# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| STEVEN LEE GORDON | § | |
| VS. | § | CIVIL ACTION NO. 5:17cv176 |
| DIRECTOR, TDCJ-CID | § | |

### MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Steven Lee Gordon, an inmate confined in the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

### Discussion

Petitioner is challenging a criminal conviction in the 219th District Court of Collin County, Texas. As a result of the conviction, he was sentenced to 60 years of imprisonment.

Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Petitioner was convicted in Collin County, Texas. Pursuant to 28 U.S.C. § 124, Collin County is in the Eastern District of Texas. However, Collin County is located in the Sherman Division, rather than the Texarkana Division, of this Court.

As petitioner was not convicted in the Texarkana Division of this Court, the Court is of the opinion that this matter should be transferred to the Sherman Division, where the records and witnesses relating to petitioner's criminal conviction are located. It is accordingly

**ORDERED** that this matter is **TRANSFERRED** to the Sherman Division.

**SIGNED this 1st day of November, 2017.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE