IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEVEN LEE GORDON, #1934396 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17cv786 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## **MEMORANDUM ADOPTING INITIAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation (Dkt. #13) concluding that Movant's motion for summary judgment (Dkt. #12) should be denied. The Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Petitioner filed timely objections to the Report and Recommendation. The court, after conducting a *de novo* review of the record, concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court.

It is accordingly **ORDERED** that Movant's motion for summary judgment (Dkt. #12) is **DENIED**.

**SIGNED this the 29th day of March, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE